UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
------------------------------------------------------
:
UNITED STATES OF AMERICA, :
: CASE NO. 1:10-CR-00204
Plaintiff, :
:
vs. : MEMORANDUM
:
ANTHONY D. BERKLEY, :
:
Defendant. :
:
------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

In this criminal action, the Government filed indictment charging the Defendant with one count of possessing ammunition in violation of 18 U.S.C. § 922(g)(1). [Doc. 8.] On October 5, 2010, the Defendant withdrew his plea of not guilty and entered a plea of guilty to Count 1 of the indictment charging him with a violation of 18 U.S.C. § 922(g)(1). [Doc. 39.] The Court accepted that plea and at the opening of his sentencing hearing, the Court found the Defendant guilty of Count 1 of the indictment. However, during the course of the hearing, the Court found that the Defendant denied responsibility for the offense and effectively withdrew his guilty plea. Thus, under Federal Rule of Criminal Procedure 11(c)(5) the Court rejects the plea agreement, and the Court will allow the Defendant to withdraw his guilty plea under Rule 11(d)(2)(A) & (B). As the Defendant denies the factual basis underlying the plea, the Court finds that it is fair and just to allow this withdrawal. *See United States v. Goldberg*, 862 F.2d 101, 103 (6th Cir. 1988). The Court also amends the record

-1-

-2-

Case No. 1:10-CR-00204
Gwin, J.

to note that it is no longer finding the Defendant guilty of Count 1 of the indictment. The Court sets this case for trial.

    IT IS SO ORDERED.


Dated: December 27, 2010          s/ *James S. Gwin*
                                                    JAMES S. GWIN
                                                    UNITED STATES DISTRICT JUDGE